# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

FILED

APR - 3 2024

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff,
)
)
)
)
SUZANNE L. JOHNSTON )
)
v. DOUG KERNS + FAMILY; HANNAH )
OFFUFT + FAMILY; MICHAEL JACKSON )
+ FAMILY; DIANA QUINONES RIVERA )
+ FAMILY; OMBUDSMAN SYSTEM )
OF THE ENTIRE UNITED STATES; )
LIBRARY SYSTEM Defendant(s). )
ET. AL. ; US POSTAL SERVICE; FED-EX;
AMAZON DELIVERY; UPS-FREIGHT.

Case No. 24-CV-1131

### PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

## I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

## II. PARTIES

**Plaintiff:**

A.   Plaintiff, a citizen of ILLINOIS (state), who resides at 328 E. ELMHURST AVE.; PEORIA, IL 61603, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:** DOUG KERNS + FAMILY; HANNAH OFFOUTT + FAMILY; DIANA QUINONES RIVERA + FAMILY.

B.   Defendant DIANA QUINONES RIVERA + FAMILY is employed as a
(a) (Name of First Defendant)
ALL OWNERS; LAWYERS; FAMILY MEMBERS.
(b) (Position/Title)
with ADDRESS UNKNOWN.
(c) (Employer's Name and Address)

1

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

RAPE; HARRASSMENT; CHASE; THEFT; UNKNOWN CIVIL LIBERITIES IN DAMAGES. $1l, TRILLION.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

STOP → NO MORE DOCUMENTERIES IN YOUR NAME.

**Defendant #2:**

C.     Defendant MICHAEL L. JACKSON + FAMILY; NELSON MANDELA. is employed as a

                (a) (Name of Second Defendant)

LIVING AT THE DREAM CENTER OF PEORIA

                (b) (Position/Title)

with FAYETTE ⊕ ✗ART

                (c) (Employer's Name and Address)

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

RAPE; HARRASSMENT; STEALING OF MY FEDERAL PHONE; VIOLATION OF ALL LIBERTIES. + CIVIL LIBERTIES. $11 TRILLION + ↑.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

RAPE; CHASE; DEATH.

**Defendant #3:**

D.    Defendant OMBUDSMAN SYSTEM OF THE ENTIRE UNITED STATES FEDERAL is employed as a SYSTEM.

(a) (Name of Third Defendant)

ADDRESS UNKNKOWN.

(b) (Position/Title)

with ADDRESS UNKNOWN.

(c) ) (Employer's Name and Address)

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.    Briefly describe how this defendant participated:

VIOLATION OF EVERYTHING →
$250 TRILLION.

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

STOP THE OMBUDSMAN SYSTEM OF THE
UNITED STATES OF AMERICA.

**Additional Defendant(s) (if any):**

E.    Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

PEORIA PUBLIC LIBRARY SYSTEM; DUNLAP PUBLIC LIBRARY SYSTEM; BARTONVILLE PUBLIC LIBRARY SYSTEM; PEKIN PUBLIC LIBRARY SYSTEM; MACCOMB MACCOMB PUBLIC LIBRARY SYSTEM; TAZEWELL PUBLIC LIBRARY SYSTEM; SANGAMON COUNTY PUBLIC LIBRARY SYSTEM; COLES COUNTY PUBLIC LIBRARAY SYSTEM; LAKE COUNTY PUBLIC LIBRARY SYSTEM; CHICACO PUBLIC LIBRARARY SYSTEM; SOUTHERN ILLINOIS UNIVERSITY LIBRARY SYSTEM.

3

## III. PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in federal court? Yes ☒   ☐No

B.    If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

1.    Parties to previous lawsuits:

Plaintiff(s): SUZANNE L. JOHNSTON

Defendant(s): MULTIPLE

2.    Date of Filing: 04/03/2024

3.    Case Number: 24-CV-1130

4.    Jurisdiction/Court: PEDRIA

5.    Name of Judge: UNKNOWN

6.    Issues Raised: MULTIPLE

7.    Disposition of Case (for example:   Was the case dismissed?   Was it appealed?   Is it still pending?): UNKNOWN

8.    Date of Final Disposition: UNKNOWN

4

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about _____ (month,day,year), at approximately _____
☐ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of)

_____, in the County of

_____, in the State of Illinois, at

_____,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☒ searched plaintiff or his property without a warrant and without reasonable cause;

☒ used excessive force upon plaintiff;

☒ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☒ failed to provide plaintiff with necessary medical care;

☒ conspired together to violate one or more of plaintiff's civil rights;

☐ other *(please explain)*: _____

_____

_____

2. Plaintiff was charged with one or more crimes, specifically:

_____

ALL OF THE ABOVE.

3. The criminal proceedings *(check the box that applies)*:

☒ are still pending.
☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐ resulted in a finding of guilty on one or more of the charges.
☐ other: _____

_____

_____

5

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:

UNKNOWN.

7. Plaintiff asks that this case be tried by a jury.  ☐ Yes    ☒ No

6

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1.  Compensatory Damages in the amount of $ _950 TRILLION_ to compensate for *(check all that apply)*:

    - ☒ bodily harm
    - ☒ emotional harm
    - ☒ pain and suffering
    - ☒ loss of income
    - ☒ loss of enjoyment of life
    - ☒ property damage

2.  Punitive Damages:     ☒ Yes     ☐ No

3.  Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: _04/03/2024_

Signature of Plaintiff: _Suzanne L. Johnston_

Plaintiff's Name *(print clearly or type)*: _SUZANNE L. JOHNSTON_

Mailing Address: _328 E. ELMHURST AVE._

City: _PEORIA_     State: _IL_     Zip: _61603_

Plaintiff's Telephone Number: ( ) _____

NO PHONE

7